UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRES A. MUNT-LOVELL and
NICHOLAS P. MUNDT-LOVELL

                Plaintiffs,

    v.

KING COUNTY, et al.

                Defendants.

CASE NO. **2:25-cv-01100-RAJ**

**ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS, DKT. 1 AND 2**

    The Court **GRANTS** the applications of both Plaintiffs to proceed in forma pauperis (Dkts. 1 and 2) under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk shall provide a copy of this Order to Plaintiffs and to the assigned District Court Judge.

    DATED this 13th day of June, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge